UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, *et al*.,

        Plaintiffs,        CIVIL ACTION

v.        NO. 13-C-27

GREAT LAKES EXCAVATING, INC.,        Hon. Lynn Adelman
a Wisconsin corporation,

        Defendant,

and

C.G. SCHMIDT, INC.,

        Garnishee Defendant

---

## TURN-OVER ORDER

This matter coming on to be heard upon the Motion of Plaintiffs for entry of a turn-over order against Garnishee-Defendant, and the Court being fully advised in the premises, FINDS:

1. On April 1, 2013, judgment was entered by the Honorable Lynn Adelman in favor of Plaintiffs and against Defendant in the amount of $88,314.26, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

2. On September 4, 2014, Plaintiffs caused a Garnishment Summons and Complaint for Non-Earnings to be served on the Garnishee Defendant.

3. On September 11, 2014, Garnishee Defendant filed a Non-Earnings Garnishment Garnishee Answer indicating that it was in possession of $2,565.00, which was then due and owing to Defendant.

4. There remains $52,877.55, plus post-judgment interest, due and owing on the judgment entered on April 1, 2013.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

Plaintiffs have and recover from the Garnishee-Defendant, C.G. SCHMIDT, INC., the sum of $2,565.00.

ENTER:

/s Lynn Adelman

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/31/14


Laura M. Finnegan
Attorney for the Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 1058640
Telephone:  (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

C:\Users\lsmith\AppData\Local\Temp\notesA2B3D1\TOO (CG SCHMIDT).LMF.DF.WPD

## CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Turn-Over Order) to be served upon:

                Joshua B. Levy
                Crivello Carlson, S.C.
                710 N. Plankinton Avenue, Suite 500
                Milwaukee, WI   53203

by U.S. Mail on or before the hour of 5:00 p.m. this <u>30th</u> day of <u>September 2014</u>.


                                                /s/   Laura M. Finnegan


Laura M. Finnegan
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 1058640
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

C:\Users\lsmith\AppData\Local\Temp\notesA2B3D1\TOO (CG SCHMIDT).LMF.DF.WPD